ANTONIO BALDO and Others, Respondents, v. NICK FERRARI and Another, Appellants.— Appeal dismissed, unless appellants shall file and serve printed

* Amd. by Laws of 1926, chap. 464.— [REP.

briefs by November twenty-second, and shall be ready for argument November twenty-eighth. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.